IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-029-FDW-DCK

| | |
|---|---|
| MARTHA P. CARBONARO and JAMESON D. STORM, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLURA USA LLC, PLYCEM USA, LLC D/B/A ALLURA, PLYCEM USA INC., ELEMENTIA USA, INC., ELEMENTIA, S.A.B. DE C.V.,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Scott C. Harris, concerning Harper T. Segui on February 27, 2019. Upon review and consideration of the motion, the Court will deny the motion without prejudice.

It appears that the pending motion includes the wrong case number and names parties who appear in a potentially related action, but not this lawsuit.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 27, 2019

David C. Keesler
United States Magistrate Judge