# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-029-FDW-DCK

| | |
|---|---|
| MARTHA P. CARBONARO and JAMESON D. STORM, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLURA USA LLC, PLYCEM USA, LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA USA, INC., and ELEMENTIA, S.A.B. DE C.V., <br><br> Defendants. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Scott C. Harris, concerning Harper T. Segui on February 27, 2019. Harper T. Segui seeks to appear as counsel *pro hac vice* for Plaintiffs Martha P. Carbonaro and Jameson D. Storm. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Harper T. Segui is hereby admitted *pro hac vice* to represent Plaintiffs Martha P. Carbonaro and Jameson D. Storm.

**SO ORDERED**.

Signed: February 27, 2019

David C. Keesler
United States Magistrate Judge