# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-029-FDW-DCK

| | |
|---|---|
| MARTHA P. CARBONARO and JAMESON D. STORM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLURA USA LLC, PLYCEM USA, LLC D/B/A ALLURA, PLYCEM USA, INC., ELEMENTIA USA, INC., ELEMENTIA, S.A.B. DE C.V.,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Defendants' Motions To Dismiss" (Document No. 21) filed March 26, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Defendants' Motions To Dismiss" (Document No. 21) is **GRANTED**. Plaintiffs shall have up to and including **April 26, 2019** to respond to Defendants' pending motions. (Document Nos. 14, 16, and 17).

Signed: March 27, 2019

_____
David C. Keesler
United States Magistrate Judge