# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-029-FDW-DCK

| | |
|---|---|
| MARTHA P. CARBONARO and JAMESON D. STORM, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLURA USA LLC, PLYCEM USA, LLC d/b/a ALLURA, PLYCEM USA, INC., ELEMENTIA USA, INC., and ELEMENTIA, S.A.B. DE C.V., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Ashley K Brathwaite, concerning Brian H. Callaway on April 1, 2019. Brian H. Callaway seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Brian H. Callaway is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: April 1, 2019

David C. Keesler
United States Magistrate Judge