A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *John P. Bzarfe*
DEPUTY CLERK

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ALLURA FIBER CEMENT SIDING**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 2886

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 2, 2019, the Panel transferred 6 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of April 2, 2019, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 11, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ALLURA FIBER CEMENT SIDING
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2886

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| --- | --- | --- | --- |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 19−00071 | Smith et al v. Plycem USA, LLC et al |
| NORTH CAROLINA WESTERN | | | |
| NCW | 3 | 19−00029 | Carbonaro et al v. Allura USA LLC et al |